# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| ANDERSON FEDERATION OF TEACHERS, <br> AVON FEDERATION OF TEACHERS, <br> MARTINSVILLE CLASSROOM TEACHERS <br> ASSOCIATION, G. RANDALL HARRISON, <br> SUZANNE LEBO, SHANNON ADAMS <br> <br> *Plaintiffs,* <br> <br> vs. <br> <br> TODD ROKITA, in his official capacity as <br> Attorney General of the State of Indiana, KATIE <br> JENNER, in her official capacity as the Secretary of <br> Education of the State of Indiana, TAMMY MEYER <br> In her official capacity as the Chairperson of the <br> Indiana Education Employment Relations Board <br> <br> *Defendants.* | Cause No: 1:21-cv-1767 |

**SUMMONS IN A CIVIL ACTION**

TO:   Attorney General Todd Rokita
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Chairperson Tammy Meyer
Indiana Education Employment Relations Board
143 West Market Street, Suite 400
Indianapolis, In 46204

Secretary of Education Katie Jenner
Indiana State Board of Education
200 W. Washington Street, Room 228
Indianapolis, IN 46204

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey A. Macey
Macey Swanson LLP
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                *Server's Signature*


                                _____
                                *Printed name and title*


                                _____
                                *Server's address*

Additional information regarding attempted service, etc.