UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDERSON FEDERATION OF TEACHERS,  ) | |
| AVON FEDERATION OF TEACHERS,  ) | |
| MARTINSVILLE CLASSROOM TEACHERS  ) | |
| ASSOCIATION,  ) | |
| G. RANDALL HARRISON,  ) | |
| SUZANNE LEBO,  ) | |
| SHANNON ADAMS,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | No. 1:21-cv-01767-SEB-DML |
| ) | |
| TODD ROKITA in his official capacity as the  ) | |
| Attorney General of the State of Indiana,  ) | |
| KATIE JENNER in her official capacity as the  ) | |
| Secretary of Education of the State of Indiana,  ) | |
| TAMMY MEYER in her official capacity as the  ) | |
| Chair of the Indiana Education Employment  ) | |
| Relations Board,  ) | |
| ) | |
| Defendants.  ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for June 25, 2021**

This cause is set for oral argument on Plaintiff's Motion for Preliminary Injunction [Dkt. 2] on June 29, 2021 at 10:15 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Distribution:

Courtney Lyn Abshire
INDIANA ATTORNEY GENERAL
courtney.abshire@atg.in.gov

Kelly Earls
INDIANA ATTORNEY GENERAL
kelly.earls@atg.in.gov

Sarah Ann Hurdle Shields
INDIANA ATTORNEY GENERAL
sarah.shields@atg.in.gov

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Jeffrey A. Macey
MACEY SWANSON LLP
jmacey@maceylaw.com

Meredith McCutcheon
INDIANA ATTORNEY GENERAL
meredith.mccutcheon@atg.in.gov