UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDERSON FEDERATION OF TEACHERS, <br> AVON FEDERATION OF TEACHERS, <br> MARTINSVILLE CLASSROOM TEACHERS <br> ASSOCIATION, <br> G. RANDALL HARRISON, <br> SUZANNE LEBO, <br> SHANNON ADAMS, <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA in his official capacity as the <br> Attorney General of the State of Indiana, <br> KATIE JENNER in her official capacity as the <br> Secretary of Education of the State of Indiana, <br> TAMMY MEYER in her official capacity as the <br> Chair of the Indiana Education Employment <br> Relations Board, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:21-cv-01767-SEB-DML |

**The Honorable Sarah Evans Barker, Judge**
**Entry for June 29, 2021**

On this date, Plaintiffs appeared by counsel, Jeffrey A. Macey and Barry A. Macey, and Defendants appeared by counsel, Kelly Earls and Courtney L. Abshire, for a hearing on Plaintiffs' Motion for Preliminary Injunction [Dkt. 2]. Court Reporter, Laura Howie-Walters, reported the proceedings.

- Plaintiffs' counsel presented their oral arguments.
- Defense counsel presented their oral arguments.
- The Court takes the matter under advisement.
- Court is adjourned.

Distribution:

Courtney Lyn Abshire
INDIANA ATTORNEY GENERAL
courtney.abshire@atg.in.gov

Kelly Earls
INDIANA ATTORNEY GENERAL
kelly.earls@atg.in.gov

Sarah Ann Hurdle Shields
INDIANA ATTORNEY GENERAL
sarah.shields@atg.in.gov

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Jeffrey A. Macey
MACEY SWANSON LLP
jmacey@maceylaw.com

Meredith McCutcheon
INDIANA ATTORNEY GENERAL
meredith.mccutcheon@atg.in.gov