UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDERSON FEDERATION OF TEACHERS, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:21-cv-01767-SEB-DML ) |
| TODD ROKITA, et al. | ) ) |
| Defendants. | ) |

**PRELIMINARY INJUNCTION**

The Court orders as follows:

1) Defendant Todd Rokita, in his official capacity as Attorney General of the State of Indiana, and his respective agents, officers, employees, and successors, and all persons acting in concert with him or under his direction or control are hereby PRELIMINARILY ENJOINED from implementing, enforcing, administering, invoking, or giving any effect to Indiana Code § 20-29-5-6(c)–(d) as applied to existing dues deduction withholding agreements at issue in this litigation until after the 26th pay period of the 2020–2021 school year; and

2) Defendant Todd Rokita, in his official capacity as Attorney General of the State of Indiana, and his respective agents, officers, employees, and successors, and all persons acting in concert with him or under his direction or control are hereby also PRELIMINARILY ENJOINED from enforcing Indiana Code § 20-29-5-6(c)(3) as

to all new dues withholding authorization forms at issue in this litigation until further order of the Court.

IT IS SO ORDERED.

Date: _____6/30/2021_____           _____
                                          SARAH EVANS BARKER, JUDGE
                                          United States District Court
                                          Southern District of Indiana

Distribution:

Courtney Lyn Abshire
INDIANA ATTORNEY GENERAL
courtney.abshire@atg.in.gov

Kelly Earls
INDIANA ATTORNEY GENERAL
kelly.earls@atg.in.gov

Sarah Ann Hurdle Shields
INDIANA ATTORNEY GENERAL
sarah.shields@atg.in.gov

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Jeffrey A. Macey
MACEY SWANSON LLP
jmacey@maceylaw.com

Meredith McCutcheon
INDIANA ATTORNEY GENERAL
meredith.mccutcheon@atg.in.gov