**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ANDERSON FEDERATION OF TEACHERS; AVON FEDERATION OF TEACHERS; MARTINSVILLE CLASSROOM TEACHERS ASSOCIATION; G. RANDALL HARRISON; SUZANNE LEBO and SHANNON ADAMS | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:21-cv-01767-SEB-DML ) |
| TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana; KATIE JENNER, in her official capacity as the Secretary of Education of the State of Indiana; and, TAMMY MEYER, in her official capacity as the Chair of the Indiana Education Employment Relations Board. | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

---

**NOTICE OF AUTOMATIC INITIAL EXTENSION**

---

Defendants, Todd Rokita, in his official capacity as the Attorney General of the State of Indiana, Katie Jenner, in her official capacity as the Secretary of Education of the State of Indiana, and Tammy Meyer, in her official capacity as the Chair of the Indiana Education Employment Relations Board, by counsel, Kelly Earls, Deputy Attorney General, pursuant to Local Rule 6-1(b), hereby respectfully notifies the Court and Plaintiffs of an automatic extension of time of 28 days, up to and including August 3, 2021, in which to respond, and states as follows:

1. On June 15, 2021, Plaintiffs filed their Complaint [ECF 1].

2. On June 15, 2020, Plaintiffs hand-delivered a copy of the Complaint to Defendants, making Defendants' response due on July 5, 2021.[1]

3. The time to respond has not been previously extended.

4. There is currently no case management plan or other deadlines set in this case.

5. Undersigned counsel requests a 28-day initial automatic extension of time to answer or otherwise respond in this matter, up to and including August 3, 2021.

6. Undersigned counsel contacted Plaintiffs' counsel, Jeffrey Macey, on July 1, 2021, and he did not object to this extension.

WHEREFORE, Defendants respectfully files this *Notice of Automatic Initial Extension* and gives notice that Defendants' response to Plaintiffs' Complaint is now due on or before August 3, 2021.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney No. 18857-49

Date: July 1, 2021          By:     */s/ Kelly S. Earls*
                                    Kelly S. Earls
                                    Attorney No. 29653-49
                                    Deputy Attorney General
                                    OFFICE OF INDIANA ATTORNEY GENERAL
                                    TODD ROKITA
                                    Indiana Government Center South, 5th Floor
                                    302 West Washington Street
                                    Indianapolis, Indiana 46204-2770
                                    Fax:    (317) 232-7979
                                    Email: kelly.earls@atg.in.gov

---

[1] Defendant, Attorney General Todd Rokita, did not receive a copy of the file-stamped Complaint or summons until June 25, 2021.