# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDERSON FEDERATION OF TEACHERS, AVON FEDERATION OF TEACHERS, MARTINSVILLE CLASSROOM TEACHERS ASSOCIATION, G. RANDALL HARRISON, SUZANNE LEBO, and SHANNON ADAMS<br><br>          Plaintiffs.<br><br>v.<br><br>TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana.<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:21-cv-01767-SEB-DML<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ON UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINES

This matter, before the Court on the Plaintiffs' Unopposed Motion to Extend Dispositive Motion Deadlines, and being duly advised, the Court hereby GRANTS Plaintiffs' Motion and establishes the following deadlines in the case:

    a.    Plaintiffs' Dispositive Motion: May 13, 2022.

    b.    Defendants' Response and Any Cross-Dispositive Motion: June 10, 2022.

    c.    Plaintiffs' Response/Reply: July 8, 2022.

    d.    Defendants' Reply: July 22, 2022.

So ORDERED.

Date: 4/21/2022

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution: All counsel of record via CM/ECF