# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 1, 2023

**To:**   Roger A. G. Sharpe
          District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 23-1823
>
> Caption:
> ANDERSON FEDERATION OF TEACHERS, et al.,
>           Plaintiffs - Appellees
>
> v.
>
> TODD ROKITA,
>           Defendant - Appellant
>
> District Court No: 1:21-cv-01767-SEB-KMB
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Sarah Evans Barker
> Court Reporter Laura Howie-Walters
>
> Date NOA filed in District Court: 04/28/2023

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)