UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDERSON FEDERATION OF TEACHERS; AVON FEDERATION OF TEACHERS, MARTINSVILLE CLASSROOM TEACHERS ASSOCIATION; G. RANDALL HARRISON; SUZANNE LEBO; and SHANNON ADAMS; <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana; <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) CAUSE NUMBER: 1:21-cv-01767-SEB-KMB ) ) ) ) ) ) ) |

**ORDER**

The Defendant has filed an Unopposed Motion to Stay Proceedings Related to Plaintiff's Petition for Attorney's Fees and Costs. The Court, having considered that Motion, now **GRANTS** it. Proceedings regarding Plaintiff's Petition for Attorney's Fees and Costs [ECF 72] are now **STAYED** pending resolution of Defendant's appeal.

SO ORDERED: 5/8/2023.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

All counsel of record via CM/ECF.